IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ADVICS NORTH AMERICA, INC.,     Case No.: 1:12-CV-508

        Plaintiff,     Judge Timothy S. Black

vs.

AMALGAMATED LIFE
INSURANCE COMPANY,

        Defendant.

### CONDITIONAL ORDER OF DISMISSAL

The Court having been notified by the Plaintiff that this case settled on December 31, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 12/31/13

*Timothy S. Black*
Timothy S. Black
United States District Judge